William Council, appellant, v. Thomas E. Lyon and W. W. Shelly, appellees.

Trover and conversion of promissory note. Judgment for defendants. Appeal from the Circuit Court of Sangamon county; the Hon. E. S. Smith, Judge, presiding. Heard in this court at the October term, 1918. Reversed and remanded. Opinion filed April 29, 1919.

William E. Fain and L. E. Stone, for appellant. Oscar J. Putting and C. F. Mortimer, for appellees.

Mr. Justice Eldredge delivered the opinion of the court.

---

Orin Case, by Abe Johnson, appellee, v. Walter R. Anger and Theodore Anger, appellants.

Action to recover damages for personal injuries and for injury to property. Judgment for plaintiff. Appeal from the Circuit Court of De Witt county; the Hon. Franklin H. Boggs, Judge, presiding. Heard in this court at the October term, 1918. Affirmed. Opinion filed April 29, 1919.

E. J. Sweeney and E. B. Mitchell, for appellants. L. O. Williams, for appellee.

Mr. Justice Eldredge delivered the opinion of the court.

---

Commissioners of Lake Fork Special Drainage District, appellants, v. Commissioners of Highway of the Town of Lake Fork, appellees.

Action to recover on drainage assessments. Judgment for defendants. Appeal from the Circuit Court of Logan county; the Hon. T. M. Harris, Judge, presiding. Heard in this court at the April term, 1918. Affirmed. Opinion filed April 29, 1919.

George Smith and Covey & Woods, for appellants. Beach & Trapp, for appellees.

Mr. Justice Waggoner delivered the opinion of the court.

---

---

John Robinson, appellee, v. Sarah E. Gowling, appellant.

Action on account for services rendered. Judgment for plaintiff. Appeal from the Circuit Court of Greene county; the Hon. Norman L. Jones, Judge, presiding. Heard in this court at the April term, 1918. Reversed and remanded. Opinion filed April 29, 1919.

Whiteside & Wright, for appellant. Thompson & Edwards, for appellee.

Mr. Justice Waggoner delivered the opinion of the court.

---

Springfield Consolidated Railway Company et al., appellees, v. Jerry Burnett et al. Edward Holvey, appellant.

Contempt proceeding for violation of injunction. Judgment of